IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNATHAN FRANKLIN,

    Petitioner,

    v.

Case No. 20-cv-509-wmc

REED RICHARDSON, Warden,
Stanley Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Johnathan Franklin's petition for a writ of habeas corpus.

| /s/ | 4/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |